COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 


 
 
  
 JAIME SANDOVAL,
 CLAUDIA SANDOVAL, AND CJ TREEHOUSE, INC.,
  
                             Appellants,
  
 v.
  
  
 KIDDIE WORLD,
 INC.,
  
                             Appellee.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  ' 
  
 
 
  
  
                 No. 08-02-00220-CV
  
 Appeal from the
  
 327th District Court
  
 of El Paso County, Texas 
  
 (TC# 2000-2764) 
  
 
 


 

O P I N I O N

Appellants move to dismiss their
appeal pursuant to Tex. R. App. P.
42.1(a).  The rule states:

(a)
The appellate court may dispose of an appeal as follows:

 

(1)              
in accordance with an agreement signed by all parties
or their attorneys and filed with the clerk; or

 

(2)        in accordance with a motion of appellant
to dismiss the appeal or affirm the appealed judgment or order; but no party
may be prevented from seeking any relief to which it would otherwise be
entitled.  

 








Appellants have complied with the
requirements of Rule 42.1(a)(2). 
Although appellants need only comply with either subsection (1) or (2),
we note that the motion is agreed to and signed by the attorney for appellee,
thus placing it in compliance with Tex.
R. App. P. 42.1(a)(1) as well.

We grant appellants= motion and dismiss the appeal.

 

                                                                        


SUSAN
LARSEN, Justice

June 20, 2002

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)